FOIA Summons IH form 4
4/17

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

AMERICAN CIVIL LIBERTIES UNION;
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

Plaintiff

v.

United States Customs and Border Protection; United States Drug Enforcement Administration; United States Department of Homeland Security;  United States Department of Justice; Federal Aviation Administration; Federal Bureau of Investigation; Federal Protective Service; United States Marshals Service; and United States Secret Service

Defendant

Civil Action No. 1:21-cv-10430

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

United States Marshals Service
Office of General Counsel
CG-3, 15th Floor
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shreya Tewari
American Civil Liberties
Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
stewari@aclu.org

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

_____
Signature of Clerk or Deputy Clerk