Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **United States Secret Service**
was received by me on *(date)* **12/08/2021**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the United States Secret Service (USSS) by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to USSS on 12/10/2021. Please see attached USPS receipts and delivery confirmations which show that the summons and complaints were delivered to (1) USSS, (2) the Attorney General of the United States, and (3) the Civil Process Clerk of the U.S. Attorney's Office for the Southern District of New York.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **1/11/2022**

*Server's signature*

**Fikayo Walter-Johnson, Paralegal**
*Printed name and title*

**125 Broad Street, 18th Floor New York, NY 10004**
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 12/16/2021 and (2) sending a copy of the complaint and of all summonses to the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on 12/16/2021. Please see the attached USPS receipts and delivery notices.





# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70192280000066732919

Your item was delivered to the front desk, reception area, or mail room at 5:41 am on December 13, 2021 in WASHINGTON, DC 20223.

## ✓ Delivered, Front Desk/Reception/Mail Room

December 13, 2021 at 5:41 am
WASHINGTON, DC 20223

**Get Updates** ⌄

**Text & Email Updates** ⌄

**Tracking History** ⌃

December 13, 2021, 5:41 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20223
Your item was delivered to the front desk, reception area, or mail room at 5:41 am on December 13, 2021 in WASHINGTON, DC 20223.

December 12, 2021, 10:37 am
Available for Pickup
WASHINGTON, DC 20223

**December 12, 2021, 9:49 am**
Arrived at Hub
WASHINGTON, DC 20018

**December 11, 2021, 10:03 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 11, 2021**
In Transit to Next Facility

**December 10, 2021, 7:58 pm**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**Product Information**                                                            

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70201290000023734532

Your item was delivered to the front desk, reception area, or mail room at 12:22 pm on December 29, 2021 in NEW YORK, NY 10007.

## ⊘ Delivered, Front Desk/Reception/Mail Room

December 29, 2021 at 12:22 pm
NEW YORK, NY 10007

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

December 29, 2021, 12:22 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007
Your item was delivered to the front desk, reception area, or mail room at 12:22 pm on December 29, 2021 in NEW YORK, NY 10007.

December 22, 2021
In Transit to Next Facility

December 18, 2021, 2:18 am
Departed USPS Regional Facility

NEW YORK NY DISTRIBUTION CENTER

**December 18, 2021, 1:38 am**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**December 17, 2021, 2:22 pm**
USPS in possession of item
BROOKLYN, NY 11238

Product Information 

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70201290000023734549                                    Remove ✕

Your item was delivered at 4:40 am on December 27, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

December 27, 2021 at 4:40 am
WASHINGTON, DC 20530

**Get Updates** ⌄

---

**Text & Email Updates**                                                                 ⌄

---

**Tracking History**                                                                     ⌃

**December 27, 2021, 4:40 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:40 am on December 27, 2021 in WASHINGTON, DC 20530.

**December 23, 2021, 10:54 am**
Available for Pickup
WASHINGTON, DC 20530

**December 23, 2021, 9:36 am**
Arrived at Post Office
WASHINGTON, DC 20018

**December 23, 2021, 7:36 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 23, 2021, 5:04 am**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 23, 2021, 4:19 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 23, 2021, 3:42 am**
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**December 22, 2021, 11:15 am**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**December 22, 2021, 2:18 am**
Departed USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**December 21, 2021, 7:12 pm**
Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**December 21, 2021, 7:32 am**
Arrived at USPS Facility
WASHINGTON, DC 20022

**December 21, 2021, 3:53 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 17, 2021, 2:22 pm**
USPS in possession of item