

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 11, 2022

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

      Re:    *ACLU et al. v. Customs and Border Protection et al.*, 21 Civ. 10430 (ER)

Dear Judge Ramos:

      This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act ("FOIA").  Pursuant to the Court's order, I write respectfully to provide the Court with an updated status report regarding the agencies' outstanding searches and productions in this case, some of which have been delayed from the agencies' original estimates.

    ***Customs and Border Protection:*** still expects to make its first production by the end of July, with additional productions thereafter.

    ***Immigration and Customs Enforcement:*** made its initial production on June 9, and made an additional production today of documents regarding which it consulted with the Department of Homeland Security; following up regarding the remaining consultations.

    ***U.S. Secret Service:*** has substantially completed its searches and expects to make its production by the end of August; the reprocessing of the document previously described did not result in any further releaseable information.

    ***Federal Bureau of Investigation:*** produced one policy document on June 21; still expects to complete its searches by early August.

    ***Drug Enforcement Administration:*** previously estimated that it would make its release by the end of June, and now anticipates that it will be done by the end of August.

    ***U.S. Marshals Service:*** previously estimated that its first production would be made by the end of May (later moved back to the end of June), and now anticipates it will be mid-July, but still projects that it will complete its productions by the end of August.

The parties will make their next monthly status report on August 9, 2022. We thank the Court for its consideration of this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:    s/Jean-David Barnea
JEAN-DAVID BARNEA
LUCAS ISSACHAROFF
Assistant United States Attorneys
Telephone: (212) 637-2679/2737
Email: Jean-David.Barnea@usdoj.gov
      Lucas.Issacharoff@usdoj.gov

cc: Counsel for plaintiffs (by ECF)