

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 11, 2022

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

    Re:    *ACLU et al. v. Customs and Border Protection et al.*, 21 Civ. 10430 (ER)

Dear Judge Ramos:

    This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act.  Pursuant to the Court's order, I write respectfully to provide the Court with an updated status report regarding the agencies' outstanding searches and productions in this case, some of which have been delayed from the agencies' original estimates.

- ***Customs and Border Protection:*** made productions on July 21 and August 31, and expects to make a substantial further production by the end of this week, as well as in the next few weeks to produce a large video file that is causing technological challenges; CBP has conducted additional searches, in part due to leads developed based on its review of the records it initially located, and will determine whether it will have further productions by the second week of November.

- ***U.S. Secret Service:*** made its production today.

- ***Federal Bureau of Investigation:*** produced one policy document on June 21 and has since completed its searches; FBI will make monthly productions, for which it review at least 500 pages of responsive documents per month, beginning in mid-November.

- ***U.S. Marshals Service:*** made its initial production on July 15, 2022; USMS expects to make its second production in the next week, and its third and final production in the next few weeks.

    The parties will make their next monthly status report on November 14, 2022.  We thank the Court for its consideration of this matter.

            Respectfully,

            DAMIAN WILLIAMS
            United States Attorney

By:    s/ Lucas Issacharoff
            JEAN-DAVID BARNEA
            LUCAS ISSACHAROFF
            Assistant United States Attorneys
            Telephone: (212) 637-2679/2737
            Email: Jean-David.Barnea@usdoj.gov
                    Lucas.Issacharoff@usdoj.gov

cc:    Counsel for plaintiffs (by ECF)