UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION et al.,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT CUSTOMS
AND BORDER PROTECTION et al.,
*Defendants*.

No. 1:21-cv-10430-ER

### MOTION OF SHREYA TEWARI TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, Shreya Tewari, undersigned counsel, moves to withdraw as counsel for Plaintiffs in the above-captioned matter. In support of this motion, undersigned counsel shows unto the Court as follows:

1. She is a legal fellow with the American Civil Liberties Union Foundation, and is one of the attorneys for Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation in the above-captioned action.

2. She entered her appearance as counsel on December 7, 2021.

3. As of October 14, 2022, undersigned counsel will have completed her fellowship and will no longer be employed as an attorney with the American Civil Liberties Union Foundation.

4. She does not anticipate that her withdrawal as counsel will adversely affect her client.

5. Plaintiffs will continue to be represented by attorneys with the American Civil Liberties Union Foundation and the New York Civil Liberties Union Foundation .

1

6. She is not retaining or charging a lien in this matter.

7. She has consulted with Plaintiffs regarding this motion.

Dated: October 14, 2022

*/s/ Shreya Tewari*
Shreya Tewari
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549–2500
stewari@aclu.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of October, 2022, I electronically filed the foregoing document via the CM/ECF system for the U.S. District Court for the Southern District of New York, which effects service upon on all registered parties.

Dated: October 14, 2022                /s/*Shreya Tewari*
                                                   Shreya Tewari