

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

January 17, 2023

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

> Defendants' request to file another status report on February 17, 2023 is granted.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: January 18, 2023
> New York, New York

      Re:    *ACLU et al. v. Customs and Border Protection et al.*, 21 Civ. 10430 (ER)

Dear Judge Ramos:

      This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act.  Pursuant to the Court's order, I write respectfully to provide the Court with an updated status report regarding the agencies' outstanding searches and productions in this case, some of which have been delayed from the agencies' original estimates.

      ***Customs and Border Protection:*** made productions on July 21, August 31, and October 14; CBP located some responsive videos, which it is currently reviewing; it is preparing to release these videos soon, pending resolution of technical issues.

      ***Federal Bureau of Investigation:*** produced documents on June 21, November 15, and December 15; the remaining records are videos, which based on a preliminary review, the FBI would likely withhold in full.  The parties intend to discuss this matter further.

      ***U.S. Marshals Service:*** made productions on July 15, October 24, and December 16, and anticipates making a final production in late January.

      The parties will make their next monthly status report on February 17, 2023.  We thank the Court for its consideration of this matter.

                Respectfully,

                DAMIAN WILLIAMS
                United States Attorney

         By:    s/ Jean-David Barnea
                JEAN-DAVID BARNEA
                LUCAS ISSACHAROFF
                Assistant United States Attorneys
                Telephone:  (212) 637-2679/2737
                Email: Jean-David.Barnea@usdoj.gov
                        Lucas.Issacharoff@usdoj.gov

cc:   Counsel for plaintiffs (by ECF)